BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CARL LEON NIX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARL LEON NIX,

    Defendant.

No. 4-06-70687 WDB

[PROPOSED] ORDER RELEASING DEFENDANT TO CUSTODY OF CONTRA COSTA COUNTY SHERIFF

Carl Leon Nix presently is in the custody of the United States Marshals. The parties are contemplating a disposition of this matter in state court, and subsequent dismissal of the federal charges. State charges have now been filed in People v. Carl Nix, Contra Costa Superior Court No. 2-293826-4, and a state arrest warrant has issued for Mr. Nix relating to those charges.

Good cause appearing therefor, IT IS ORDERED that the United States Marshals release the defendant to the custody of the Contra Costa County Sheriff for purposes of appearing in the state criminal proceedings. The Marshals shall bring Mr. Nix to the federal courthouse lockup on February 22, 2007, to be picked up by a Contra Costa County Sheriff's detective, or the Sheriff's authorized representative or deputy.

*cc: WDB's Stats, Copy to parties via ECF, 2 certified copies to Marshal*

1    SO ORDERED.

2

3    Dated: February 20, 2007

4                                                WAYNE D. BRAZIL
                                                 United States Magistrate Judge