```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3929
    Facsimile:  (510) 637-3724
    E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff
```

**FILED**

MAR 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARL LEON NIX, ) <br> ) <br> Defendant. ) <br> ) | No. 4-06-70687 WDB <br><br> NOTICE OF DISMISSAL <br><br> (OAKLAND VENUE) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint with prejudice and moves that the Court.

DATED: March 12, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
GARTH HIRE
Assistant United States Attorney

*[handwritten: cc: WDB's Stats, Copy to parties via ECF, 2 certified copies to Marshal]*

NOTICE OF DISMISSAL (CR 06-70687 WDB)



[~~PROPOSED~~] ORDER

Leave of Court is granted to the government to dismiss the above-captioned criminal complaint. It is further ordered that any bond be exonerated and that any supervision of defendant by pre-trial services be terminated.

Date: 3/13/07

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

2